BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:13-CV-00640-AWI-BAM |
| Plaintiff, | STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET SCHEDULING CONFERENCE |
| v. | |
| APPROXIMATELY $28,120.00 IN U.S. CURRENCY, | |
| Defendant. | |

The United States of America and claimant Jean Labanda ("claimant"), by and through their respective counsel, submit this stipulation requesting that the Court vacate the status conference currently scheduled for August 20, 3013 at 8:30 am and set a scheduling conference for September 30, 2013 at 9:00 am.

The Court set a status conference for August 20, 2013.  (Doc. 9).  At that time, no claimants had entered this case.  On July 2, 2013, claimant filed a verified claim in this case.  (Docs. 10, 11).  On July 3, 2013, counsel for the United States granted claimant an extension of time to file an answer until August

//

//

//

//

23, 2013.  The parties therefore request that the Court vacate the August 20, 2013 status conference and set a scheduling conference for September 30, 2013 at 9:00 am.

Dated:  August 12, 2013               BENJAMIN B. WAGNER
                                      United States Attorney


                                        /s/ Jeffrey A. Spivak
                                      JEFFREY A. SPIVAK
                                      Assistant United States Attorney


Dated:  August 12, 2013                 /s/ Jacek W. Lentz
                                      JACEK W. LENTZ, ESQ.
                                      Attorney for Claimant Jean Labanda

                                      (As authorized by email 8/12/2013)

## ORDER

Based on the Stipulation of the parties, the Status Conference currently set for August 20, 2013 is VACATED.  The Court sets a scheduling conference for **October 7, 2013** at 9:00 AM, in Courtroom 8, before United States Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated:   **August 13, 2013**             /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE