UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $28,120.00 IN U.S. CURRENCY,<br><br>                    Defendant.<br>_____/ | Case No. 1: 13-cv-00640-AWI-BAM<br><br>**ORDER TO CONTINUE SCHEDULING CONFERENCE** |

Based on the Stipulation of the parties, the Scheduling Conference currently set for October 7, 2013 is CONTINUED to **November 21, 2013, at 8:30 AM**, in Courtroom 8, before United States Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

    Dated:   **September 25, 2013**              /s/ Barbara A. McAuliffe
                                                  UNITED STATES MAGISTRATE JUDGE

1