UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

    v.

APPROXIMATELY $28,120.00 IN U.S.

CURRENCY,

                Defendant.

Case No. 1: 13-cv-00640-AWI-BAM

**ORDER EXTENDING CLAIMANT'S TIME TO FILE SUMMARY JUDGMENT MOTION**

The Court having read and considered the parties' Stipulation (Doc. 27), and good cause having been shown, IT IS ORDERED that the deadline for Claimant Jean Carlo Labanda to file a summary judgment motion is extended to April 15, 2014.

IT IS SO ORDERED.

Dated:   __**April 1, 2014**__                    ___/s/ *Barbara A. McAuliffe*___
                                          UNITED STATES MAGISTRATE JUDGE

1