BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:13-CV-00640-AWI-BAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE HEARING ON CLAIMANT'S MOTION TO DISMISS |
| v. | |
| APPROXIMATELY $28,120.00 IN U.S. CURRENCY, | Date: May 27, 2014
Time: 1:30 pm |
| Defendant. | Hon. Anthony W. Ishii |

The United States of America and claimant Jean Labanda ("claimant"), by and through their respective counsel, request that the Court continue the hearing on claimant's motion to dismiss (Doc. 29) currently scheduled for May 27, 2014 at 1:30 pm to July 28, 2014 at 1:30 pm.

Dated:  May 2, 2014                          BENJAMIN B. WAGNER
                                             United States Attorney


                                              /s/ Jeffrey A. Spivak
                                             JEFFREY A. SPIVAK
                                             Assistant United States Attorney

Dated: May 2, 2014                     /s/ Jacek W. Lentz
                                       JACEK W. LENTZ, ESQ.
                                       Attorney for Claimant Jean Labanda

(As authorized by email May 2, 2014)

## ORDER

In light of the parties' stipulation, IT IS HEREBY ORDERED that the May 27, 2014 hearing date is VACATED, and claimant's motion to dismiss is RESET to July 28, 2014, at 1:30 p.m. in Courtroom No. 2.

IT IS SO ORDERED.

Dated:   May 6, 2014                        _____
                                            SENIOR DISTRICT JUDGE