BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:13-CV-00640-AWI-BAM |
|---|---|
| Plaintiff, | STIPULATION TO (1) STAY DISCOVERY FOR 120 DAYS (2) WITHDRAW CLAIMANT'S MOTION TO STAY DISCOVERY, AND (3) CONTINUE SCHEDULING CONFERENCE ORDER DATES; ORDER |
| v. | |
| APPROXIMATELY $28,120.00 IN U.S. CURRENCY, | |
| Defendant. | |

The United States of America and claimant Jean Labanda ("Claimant"), by and through their attorneys of record, hereby stipulate to stay discovery for 120 days. The parties also stipulate that Claimant's motion to stay discovery (ECF. No. 30) is withdrawn. The parties finally stipulate and move for a continuance of the dates currently set forth in the Court's Scheduling Order (ECF No. 26).

On April 15, 2014, Claimant filed a motion to dismiss the complaint. (ECF No. 29). On April 30, 2014, Claimant filed a motion to stay discovery pending a ruling on the motion to dismiss. (ECF No. 30).

The parties jointly agree to stay discovery for 120 days (from the date of entry of this order), pending a ruling on the motion to dismiss. The parties' agreement obviates the need for a ruling on Claimant's motion to stay discovery and Claimant agrees that the motion to stay (ECF No. 30) is withdrawn. If the Court denies the motion to dismiss (ECF

No. 29), the parties may commence discovery immediately.  If, after the conclusion of 120 days, the motion to dismiss has not been decided, the parties will meet and confer and attempt to reach agreement on the handling of discovery.

The parties' current agreement to stay discovery for 120 days leaves the parties with insufficient time to conduct discovery given the current schedule.  The parties therefore request a continuance of all dates set forth in the scheduling order, including the trial date.

The parties hereby stipulate and propose that the dates set forth in the Court's Scheduling Order (ECF No. 26) be changed to the following dates.  The parties understand the Court's schedule may not allow for the exact dates requested and agree to any alternate dates proposed by the Court.

| **Scheduling Order Date** | **Current Date/Deadline** | **Proposed New Date** |
| --- | --- | --- |
| Non-Expert Discovery Cutoff | October 10, 2014 | January 10, 2015 |
| Expert Disclosure | October 10, 2014 | January 10, 2015 |
| Supplemental Expert Disclosure | November 7, 2014 | February 5, 2015 |
| Expert Discovery Cutoff | December 12, 2014 | March 11, 2015 |
| Non-Dispositive Motion Filing | January 5, 2015 | May 8, 2015 |
| Dispositive Motion Filing | March 6, 2015 | June 10, 2015 |
| Pre-Trial Conference Date | June 10, 2015 | September 12, 2015 |
| Jury Trial Date | August 11, 2015 | November 15, 2015 |

The parties believe that, given the pending dispositive motion, the Court's granting of such continuance would be in the best interests of the parties and judicial economy.

DATED:  May 2, 2014

Respectfully submitted,
BENJAMIN B. WAGNER
United States Attorney


 /s/ Jeffrey A. Spivak
JEFFREY A. SPIVAK

Assistant United States Attorney

DATED:  May 2, 2014      /s/ Jacek W. Lentz
JACEK W. LENTZ, ESQ.
Attorney for Claimant Jean Labanda

(As authorized by email May 2, 2014)

**ORDER**

The Court having considered the parties' Stipulation finds that good cause exists to GRANT the parties' stipulation.  Accordingly IT IS HEREBY ORDERED that:

1. Discovery is **STAYED** for 120 days from the date of entry of this order;
2. Claimant's motion to stay discovery (ECF No. 30) is withdrawn and the hearing set for May 27, 2014 at 11:00 am is **VACATED**;
3. All dates currently set forth in the Court's Scheduling Order (ECF No. 26) shall be rescheduled to the following dates:

    | | | |
    |---|---|---|
    | **1.** | **Non-Expert Discovery Cutoff:** | January 10, 2015 |
    | **2.** | **Expert Disclosures:** | January 10, 2015 |
    | **3.** | **Rebuttal Expert Disclosures:** | February 5, 2015 |
    | **4.** | **Expert Discovery Cutoff:** | March 11, 2015 |
    | **5.** | **Non-Dispositive Motion Filing:** | May 8, 2015 |
    | **6.** | **Dispositive Motion Filing:** | June 10, 2015 |
    | **7.** | **Pre-Trial Conference:** | September 16, 2015 at 10:00 a.m. |
    | **8.** | **Jury Trial:** | November 17, 2015 at 8:30 a.m. |

IT IS SO ORDERED.

Dated:  **May 14, 2014**        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE