UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $28,120.00 IN U.S. CURRENCY,<br><br>    Defendant. | CASE NO. 1:13-CV-0640 AWI BAM<br><br>ORDER VACATING JULY 28, 2014 HEARING DATE |

Claimant Jean Carlo Labanda ("Claimant") has set for hearing in this case a motion to dismiss the pleadings for lack of probable cause to institute this action. The hearing on the pending motion was set for July 28, 2014. The Court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 28, 2014, is VACATED, and the parties shall not appear at that time. As of July 28, 2014, the Court will take the matter under submission, and the Court will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   July 25, 2014                             _____
                                                      SENIOR DISTRICT JUDGE