1 BENJAMIN B. WAGNER
United States Attorney
2 JEFFREY A. SPIVAK
Assistant United States Attorney
3 United States Courthouse
501 I Street, Suite 10-100
4 Sacramento, California 95814
Telephone:  (916) 554-2700
5 Facsimile:  (916) 554-2900

6 Attorneys for United States of America

7

8                IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            1:13-CV-00640-AWI-BAM

12                        Plaintiff,    STIPULATION TO CONTINUE
                                        SCHEDULING CONFERENCE ORDER
13          v.                          DATES;   ORDER

14 APPROXIMATELY $28,120.00 IN U.S.
CURRENCY,
15                        Defendant.

16

17        The United States of America and claimant Jean Labanda ("Claimant"), by and

18 through their attorneys of record, hereby stipulate as follows:

19        On April 15, 2014, Claimant filed a motion to dismiss the complaint.  (ECF No. 29).

20 On May 2, 2014, the parties stipulated to stay discovery for 120 days (beginning on May

21 14, 2014), pending a ruling on the motion to dismiss.  (ECF No. 31, 34).  That stay ended

22 on September 13, 2014.  The United States seeks to begin discovery.  Claimant desires to

23 continue to stay discovery pending a ruling on Claimant's dispositive motion.  The current

24 deadline to conclude non-expert discovery is January 10, 2015 (roughly 100 days away).

25        To avoid an unnecessary discovery dispute, the parties hereby stipulate and request

26 that the Court continue the Non-Expert and Expert Discovery Cutoff dates set forth in the

27 Court's Scheduling Order (ECF No. 26) as follows:

28 ///

| Scheduling Order Date | Current Date/Deadline | Proposed New Date |
|---|---|---|
| Non-Expert Discovery Cutoff | January 10, 2015 | April 10, 2015 |
| Expert Disclosure | January 10, 2015 | No change |
| Supplemental Expert Disclosure | February 5, 2015 | No change |
| Expert Discovery Cutoff | March 11, 2015 | April 10, 2015 |
| Non-Dispositive Motion Filing | May 8, 2015 | No change |
| Dispositive Motion Filing | June 10, 2015 | No change |
| Pre-Trial Conference Date | September 16, 2015 | No change |
| Jury Trial Date | November 17, 2015 | No change |

Respectfully submitted,

DATED:  September 26, 2014        BENJAMIN B. WAGNER
                                  United States Attorney


                                  /s/ Jeffrey A. Spivak
                                  JEFFREY A. SPIVAK
                                  Assistant United States Attorney


DATED:  September 26, 2014        /s/ Jacek W. Lentz
                                  JACEK W. LENTZ, ESQ.
                                  Attorney for Claimant Jean Labanda

                                  (As authorized by email on September 26,
                                  2014)

ORDER

IT IS SO ORDERED.

All dates currently set forth in the Court's Amended Scheduling Order and May 14,

2014 Order (ECF No. 26, 34) shall be rescheduled to those dates stipulated to by the

parties as set forth hereinabove.

IT IS SO ORDERED.


Dated:    **October 2, 2014**              /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28