BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
United States Courthouse
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:13-CV-00640-AWI-BAM |
|---|---|
| Plaintiff, | FINAL JUDGMENT OF FORFEITURE |
| v. | |
| APPROXIMATELY $28,120.00 IN U.S. CURRENCY, | |
| Defendant. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1. This is a civil forfeiture action against the Defendant Approximately $28,120.00 in U.S. Currency (hereafter "Defendant Currency") seized on or about November 14, 2012.

2. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on May 2, 2013, alleging that said Defendant Currency is subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

3. On May 6, 2013, the Clerk issued a Warrant for Arrest for the Defendant Currency. The warrant for the Defendant Currency was duly executed on May 29, 2013.

4. Beginning on May 7, 2013, for at least 30 consecutive days, the United States published notice of this action on the official government forfeiture site

Final Judgment of Forfeiture                 1

www.forfeiture.gov.  A Declaration of Publication was filed on June 7, 2013.

5. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals:

    a. Jean Carlo Labanda
    b. Marina Vorontsova
    c. Marquis Sutton
    d. Timothy Wayne Wolfe
    e. James Bryan Wolfe
    f. Jacek W. Lentz, attorney

6. On July 2, 2013, Jean Carlo Labanda filed his claim to the Defendant Currency.  His answer was filed on August 22, 2013.  To date, no other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

7. The Clerk of the Court entered a Clerk's Certificate of Entry of Default against Marina Vorontsova, Marquis Sutton, Timothy Wayne Wolfe, and James Bryan Wolfe on June 18, 2013.  Pursuant to Local Rule 540, the United States and Claimant thus join in a request that as part of this Final Judgment of Forfeiture in this case the Court enter a default judgment against the interest, if any, of Marina Vorontsova, Marquis Sutton, Timothy Wayne Wolfe, and James Bryan Wolfe.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2. That judgment is hereby entered against Jean Carlo Labanda, Marina Vorontsova, Marquis Sutton, Timothy Wayne Wolfe, James Bryan Wolfe, and all other potential claimants.

3. Upon entry of a Final Judgment of Forfeiture herein, $23,902.00 of the

Defendant Approximately $28,120.00 in U.S. Currency, together with any interest that has accrued on the entire $28,120.00, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

4. Upon entry of a Final Judgment of Forfeiture herein, but no later than 45 days thereafter, $4,218.00 of the Defendant Approximately $28,120.00 in U.S. Currency shall be returned to Claimant through his attorney Jacek W. Lentz, 1055 Wilshire Blvd., Suite 1996, Los Angeles, California, 90017, telephone (213) 250-9200.

5. That the United States of America and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the Defendant Currency.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed.  Claimant agrees to waive the provisions of California Civil Code § 1542.

6. That pursuant to the stipulation of the parties, and the allegations set forth in the Complaint filed on September 16, 2013, the Court finds that there was probable cause for arrest and seizure of the Defendant Currency, and for the commencement and prosecution of this forfeiture action, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

7. All parties shall bear their own costs and attorney's fees.

8. The U.S. District Court for the Eastern District of California shall retain jurisdiction to enforce the terms of this Stipulation for Final Judgment of Forfeiture and Final Judgment of Forfeiture.

IT IS SO ORDERED.

Dated:   January 29, 2015

SENIOR DISTRICT JUDGE

1
2
3
4               CERTIFICATE OF REASONABLE CAUSE
5       Based upon the allegations set forth in the Complaint filed May 2, 2013, and the
6  Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate
7  of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the
8  seizure or arrest of the Defendant Currency, and for the commencement and prosecution
9  of this forfeiture action.
10
IT IS SO ORDERED.
11
Dated:   January 29, 2015                                    _____
12                                                            SENIOR DISTRICT JUDGE
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28